UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: | CASE NO: 06-33560 |
|    MARTHA E SMITH-MOORE | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019881**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 1,016 | CREDIT INVESTMENTS INC<br>6703 W 44TH AVENUE<br>SUITE 204<br>WHEAT RIDGE, CO  80033 | 140.72 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2010

Certificate of Service   06-33560

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

MARTHA E SMITH-MOORE
3221 RIVERSIDE DR
DAYTON, OH 45405

SCOTT A KRAMER
2275 MIAMISBURG-CENTERVILLE RD
SUITE 400
DAYTON, OH 45459

(1016.1)
CREDIT INVESTMENTS INC
6703 W 44TH AVENUE
SUITE 204
WHEAT RIDGE, CO 80033

(45.1n)
DIRECT LOANS US DEPT OF EDUCAT
PO BOX 5609
GREENVILLE, TX 75403

(39.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(46.1n)
SINCLAIR COMMUNITY COLLEGE
DELEV & WILLIAMS
1050 DELTA AVE SUITE 1000
CINCINNATI, OH 45208

(41.1n)
US DEPT OF EDUCATION
DIRECT LOAN SERVICING CENTER
BOX 5609
GREENVILLE, TX 75403

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv